**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4117-23

JEANNE WATSON,

     Plaintiff-Respondent,

v.

MCRECH, INC. d/b/a
TURNERSVILLE CHRYSLER
DODGE JEEP RAM, ERICK
ESCOBAR, ROBERT
ARMSTRONG, and ANTHONY
METELLO,

     Defendants-Appellants.

_____

Submitted January 15, 2026 – Decided January 23, 2026

Before Judges Mawla, Marczyk, and Puglisi.

On appeal from the Superior Court of New Jersey, Law Division, Camden County, Docket No. L-1955-18.

Capehart & Scatchard, PA, attorneys for appellants (Laura D. Ruccolo, on the briefs).

McOmber McOmber & Luber, PC, attorneys for respondent (Matthew A. Luber, R. Armen McOmber, Meghan A. Pazmino, and Jaclyn A. Kelly, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

*M.C. Harley*

Clerk of the Appellate Division

2

A-4117-23